UNITED STATES of America,
Plaintiff-Appellee

v.

Rubicel CARDENAS-MENDOZA,
also known as Caesar Cardenas-
Mendoza, Defendant-Appellant

United States of America,
Plaintiff-Appellee

v.

Cesar Cardenas-Mendoza,
Defendant-Appellant

No. 14-41406
Cons. w/No. 14-41407
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 12/21/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Rubicel Cardenas-Mendoza, Pro Se

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Rubicel Cardenas-Mendoza has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

(1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cardenas-Mendoza has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.